# UNITED STATES DISRICT COURT

Plaintiff
RETCNICK FAUSTEN

VS.

Defendant
AT&T Services, Inc.
BELLSOUTH TELECOMMUNICATIONS, LLC.
SEDGWICK CLAIMS MANAGEMENTS SERVICES INC.

4:19cv600-MW/CAS

## COMPLAINT

Cause: 40:0875 Public Buildings & Property: Negligence

Plaintiff, Retcnick Fausten this arose on 02/15/2018 4:00p.m in the evening plaintiff Retcnick Fausten walk 45 street west Palm Beach FL 33407. Plaintiff Retcnick Fausten tripped over fell over cable wire belong belong AT&T services, Inc affiliates of BellSouth Telecommunications, LLC. AT&T services, Inc. did not provide any warning cable wire being place at dangerous position common area sidewalk create tripping hazard failed to warn Plaintiff Retcnick Fausten. Plaintiff Retcnick Fausten suffered injury from incident on the day 02-15-2018. Plaintiff Retcnick Fausten call Sem Faustin from cellphone who came recuse Plaintiff Retcnick Fausten seek medical attetion took Plaintiff Retcnick Fausten to JFK Medical Center north campus ER hospital. Plaintiff was seen and release. On 02-16-2018 Plaintiff Retcnick Fausten seen MD NOW URGENT Care medical professional refereed Plaintiff Retcnick Fausten MRI rediologist MRI films

②

demonstrated lumbar disc protrusion noted L3/4 L4/5 and L5/S1 with forminal narrowing. Other intervertebral disc disorders, lumbar region M51.86 (primary) muscle spasm of back M62.830 sustained neck injury. Medication were Perocets, Gabapentin Naproxan for pain sleep from injury. Plaintiff seek Therapy papa chiropratic for lowback and neck injury. Plaintiff seen spine institue Steven chang M.D receive steroid injection. Plaintiff seen certified spine & pain care receive epidural injections lower back pain. 02-16-2019 Plaintiff reported incident to AT&T services Inc. settle medical expense & pain suffering expense. AT&T services Inc referred matter Sedgwick Claims Managements Services, Inc insurance company. Plaintiff receive call from Sedgwick told by Sedgwick will make offer settle under policy number MWTB304716 for injury, pain suffering. Sedgwick AT&T services Inc stop all communications. Which force Plaintiff take legal matter. AT&T services Inc BellSouth Telecommunications, LLC, Sedgwick Claims Managements Services, Inc. 100% negligent location cable wire should be held responsible. Plaintiff can introduced photographs placement of wire/cable Photographs show no flags, warning sign. Plaintiff can introduced Medical records receiving medical care expense.

Plaintiff seeking $25,000,000.00 Medical expense Future Medical expense. Pain and suffering I would like court award judgment of $25,000,000.00. AT&T Services, Inc, BellSouth Telecommunications LLC Sedgwick Claims Managements Services Inc. violate federal and state of Florida negligence and should award $25,000,000.00 judgment.

Am demanding Jury Trial for the record.   ③

Respectfully

Retcnick Fausten

*R. Fausten* (signature)

Sworn and subscribed by me Retcnick Fausten this 10 day of December 2019.

Certificate of Service

I hereby certify that I have placed the foregoing complant in the hands of a FDOC Mailroom Representative in appropriate form as prima facie Certificate of Service to be mailed as pre paid via U.S. Mail under the Mail Box rule:

U.S District Court Northen Florida
111 N. Adams St., Ste. 232, Tallahassee FL 32301

On this 10 day of December 2019

Retenick Fausten

*R. Fausten* (signature)

Retcnick Tausten # W16862
Hamilton Correctional Institution
1650 SW 46th Street
Jasper, FL 32502

MAILED FROM
A STATE
CORRECTIONAL INSTITUTION

CHECKED BY

U.S. District Court Norther
111 N. Adams St., ste 232
Tallahasse 32301-7730