IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RETCNICK FAUSTEN,**
**DOC #W16862,**

      **Plaintiff,**

v.                                Case No.  4:19cv600-MW/MAF

**A T & T SERVICES, INC.,**
**et al.,**

      **Defendants.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 15, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 16.   Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 14, is **DISMISSED** for lack of subject matter jurisdiction." The Clerk shall also close the file.

**SO ORDERED on June 8, 2020.**

                                              **s/ MARK E. WALKER**
                                              **Chief United States District Judge**