**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

RETCNICK FAUSTEN

    VS                                              CASE NO.  4:19-cv-600-MW/MAF

AT&T SERVICES INC ET AL

**JUDGMENT**

Plaintiff's amended complaint, ECF No. 14, is DISMISSED for lack of subject matter jurisdiction.

                                                    JESSICA J. LYUBLANOVITS
                                                    CLERK OF COURT

June 8, 2020                                  s/Betsy Breeden
DATE                                           Deputy Clerk: Betsy Breeden